Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

WESTERN District of TEXAS

San Antonio Division

FILED

NOV 03 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Alula Fantaye Hagos
A# 044218148
South Texas ICE Processing Center
566 Veterans DR Pearsall TX 78061

**SA25CA1436 FB**

Case No. _____
(to be filled in by the Clerk's Office)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

WARDEN, South Texas ICE processing
Center, and KRISTI NOEM, Secretary
U.S Department of Homeland Security

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Alula Fantaye Hagos

All other names by which
you have been known:

ID Number               A# 044218148

Current Institution     South Texas ICE Processing Center

Address                 566 Veterans DR .

Pearsall        TX        78061
City            State       Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name            U.S Depatment of Homeland Security

Job or Title (if known)   San Antonio Field office.

Shield Number   Enforcement and Removal Operation

Employer        1777 NE Loop 410, Suit 1500

Address

San Antonio        TX        78217
City            State       Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 2          Office of Detention and Removal

Name            Operations, WARDEN South Texas

Job or Title (if known)   Detention complex

Shield Number   U.S Department of Homeland Securi

Employer        Geo  566 Veterans Drive

Address    OFFICER→   J. Auila Deportation OFFicer.

Pearsall        Texas        78061
City            State       Zip Code

☒ Individual capacity    ☒ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address    ⇒

*OFFice OF ENForcement and Removal Operations U.S Department OF Homeland Security*
*3523 Crosspoint Deportation officer R.Jimenez DeJesu*
*SanAntonio TX 78217*

City      State      Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

*ICE DRO, Headquarters custody Management uhit (HQcMU)*
*500 12th Street SW, Suite 8003 Washington, DC*
*Monica PEETS → Field Office Washington. DC 20536*

City      State      Zip Code

☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Claim immunities secured by the Constitution and Federal Laws' 42 U.S.C §1983*

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*Claim being Federal Officials.*

Violated the terms OF my suprvied release Continued detention Violated Federal Law.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I been detained since march 19, 2025 in ICE South TX detention. No evidence in record that, I give an in Formal interview while I was custody. T has not removed me from the united Stat with the removal period expired. June 30 2025

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☑ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. ICE has been try unsuccessfully For 15 years to deport me to Eritrea and ERO began afforts to Exeute removal order to countries other than the one desinated on his removal order violation Court's order.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. TRY to removing to this countries. Cost Rica, El. Salvador Ponama. Ethiopa. I Petitiner Fear For my Life Cousing physical, mental, social, spiritual PERFORMANCE is distress.

C.      What date and approximate time did the events giving rise to your claim(s) occur?

On April 4, 2025, a Form I-241, Request for Acceptance of Alien

D.      What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

None of the countries accepted me.

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I still taking med LEVOTHYROXINE, METFORMIN. ATORVASTAIN. Latoda mental Health   I'm going a medical treatment, and mental health.

med → P.S CARBOXYMETHYLELLUL 0.5 %, CETIRIZINE HCL 10mG, IBUPROFFN. 400mG

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

requesing 5,000,000 damages

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

South Texas ICE Proessing Center
566 veterans DR
Pearsall TX 78061

BAXER County Ja
200 N. Comel Rd
San Antonio TX

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

South Texas ICE proessing center
566 Veterans DR
Pearsall TX 78061.

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

South Texas ICE proessing Center
566 Veterans DR
Pearsall TX 78061

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:    # 018276181

1.    Where did you file the grievance?    South Texas ICE processir Center

2.    What did you claim in your grievance?    Violated the terms ot my Suprvised release continued detention violatued Federal Law couseing, suffering or distress mental, social, Healthy PERFORMACE.

3.    What was the result, if any?    Noone. Zero !

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

They don't care about grievance ; I even wort the wadden.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

Yes I Filed grievance # 0 18276181

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Yes I Filed grevance

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.    Docket or index number

_____ N/A _____

4.    Name of Judge assigned to your case

_____ N/A _____

5.    Approximate date of filing lawsuit

_____ N/A _____

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition. _____ N/A _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)  _____ N / A _____

    Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____ N /A _____

3.  Docket or index number

    _____ N / A _____

4.  Name of Judge assigned to your case

    _____ N / A _____

5.  Approximate date of filing lawsuit

    _____ N / A _____

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition  _____ N /A _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____ N/A _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10 | 29 | 2025            pro Se

Signature of Plaintiff    _allin E Hagos_

Printed Name of Plaintiff    _HAGOS Fantaye Hlula_

Prison Identification #    _A# 042 181 48_

Prison Address    _South TexAS ICE processing Center_
_Pearsall_    _TX_    _78061_
City    State    Zip Code

Phon # 210 2844476  Mother CELL

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____
_____
City    State    Zip Code

Telephone Number    _____

E-mail Address    _____